**Rule 205.6.   Confidential Information and Confidential Documents.   Certification.**

Unless public access is otherwise constrained by applicable authority, any attorney, or any party if unrepresented, who files a document pursuant to these rules with the prothonotary's office shall comply with the requirements of Sections 7.0 and 8.0 of the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: Case Records of the Appellate and Trial Courts*] (Policy) including a certification of compliance with the Policy and, as necessary, a Confidential Information Form, unless otherwise specified by rule or order of court, or a Confidential Document Form in accordance with the Policy.

> Note:   Applicable authority includes but is not limited to statute, procedural rule or court order.  The ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: Case Records of the Appellate and Trial Courts*] (Policy) can be found on the website of the Supreme Court of Pennsylvania at http://www.pacourts.us/public-records.   Sections 7.0(D) and 8.0(D) of the Policy provide that the certification shall be in substantially the following form:
>
> > I certify that this filing complies with the provisions of the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania**[: Case Records of the Appellate and Trial Courts*] that require filing confidential information and documents differently than non-confidential information and documents.
>
> The Confidential Information Form and the Confidential Document Form can be found at http://www.pacourts.us/public-records.  In lieu of the Confidential Information Form, Section 7.0(C) of the Policy provides for a court to adopt a rule or order permitting the filing of a document in two versions, a "Redacted Version" and an "Unredacted Version."

**Rule 229.2. Petition to Transfer Structured Settlement Payment Rights.**

(a)    * * *

(b)    * * *

(c)    * * *

(d)    * * *

(e)    * * *

(f)    * * *

(g)    * * *

(h)    * * *

(i)    * * *

Note: The form of order does not preclude a court from adding additional language to the order as deemed appropriate in the individual circumstances of a case.

The filings required by this rule are subject to the ***Case Records*** *Public Access Policy of the Unified Judicial System of Pennsylvania*[***: Case Records of the Appellate and Trial Courts***]. *See* Rule 205.6.

**Rule 240.    *In Forma Pauperis.***

(a)    * * *

(b)    * * *

(c)    * * *

(d)    * * *

(e)    * * *

(f)    * * *

(g)    * * *

(h)    * * *

(i) * * *

(j) * * *

Note:  The filings required by this rule are subject to the ***<u>Case Records</u>*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: *Case Records of the Appellate and Trial Courts***]**. *See* Rule 205.6.


**Rule 2028.  Actions By and Against Minors.  Averments in Plaintiff's Pleading.**

(a) * * *

(b) * * *

(c) * * *

Note:  An action against a minor is begun in the same manner as an action against an adult, although by Rule 2034 as under prior practice, the subsequent appointment of a guardian to represent the minor is essential to the rendition of a valid judgment against the minor.

Note:  The filings required by this rule are subject to the ***<u>Case Records</u>*** *Public Access Policy of the Unified Judicial System of Pennsylvania***[***: *Case Records of the Appellate and Trial Courts***]**. *See* Rule 205.6.